

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF HAROLD DEAN PHIPPS, DECEASED. | § § § § § § | No. 08-25-00069-CV<br><br>Appeal from the<br><br>143rd District Court<br><br>of Ward County, Texas<br><br>(TC# 22-11-26171-CVW) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED this 10th day of March 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.